Hope Del Carlo, OSB No. 002410
707 SW Washington Street, Suite 600
Portland, OR   97205
Telephone: 503/789-7372
Facsimile: 503/345-6655
hope@delcarlolaw.com

Attorney for Plaintiff Willie Martin


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| WILLIE MARTIN, | Case No. 3:16-CV-383-SI |
| Plaintiff, | |
| v. | PLAINTIFF'S NOTICE OF DISMISSAL UNDER FRCP 41(a)(1)(A)(i) |
| GREENSKY, LLC, a Georgia Limited Liability Company, and ONE ENERGY OF UTAH, LLC, a Utah Limited Liability Company, dba ONE ENERGY; | |
| Defendants | |

Plaintiff Willie Martin hereby gives notice that this action is dismissed without prejudice as to defendant One Energy of Utah, LLC, and dismissed with prejudice as to defendant GreenSky, LLC, without an award of costs or fees to any party.

DATED this 9th day of August, 2016.

Respectfully submitted,

By: /s/ Hope Del Carlo
Hope Del Carlo, OSB No. 002410
707 SW Washington St. Suite 600
Portland, OR 97205

Page 1   -   PLAINTIFF'S NOTICE OF DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Telephone: 503/789-7372
Facsimile: 503/345-6655
hope@delcarlolaw.com

Attorney for Plaintiff Willie Martin

Page 2  -  PLAINTIFF'S NOTICE OF DISMISSAL UNDER FRCP 41(a)(1)(A)(i)